**Order entered December 14, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00539-CV

## IN THE INTEREST OF A.T., N.T., AND B.T., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51820-2014**

## ORDER

Before the Court is appellee's November 29, 2016 motion to supplemental the reporter's record. The Court **GRANTS** appellee's motion.

We **ORDER** Kimberly Tinsley, Official Court Reporter for the 401st Judicial District Court, to file a supplemental reporter's record, within **FIFTEEN DAYS** from the date of this order, that contains a record of the March 13, 2015 hearing.

We **DIRECT** the Clerk of Court to send a copy of this order to the Honorable Mark Rusch, Presiding Judge of the 401st Judicial District Court, Ms. Tinsley, and all parties.

/s/    CRAIG STODDART
       JUSTICE